# EXHIBIT A

## DECLARATION OF RUSSELL W. MANGUM, III, Ph.D.

## (FILED UNDER SEAL)

I-1676769.1