IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

**ORDER**

This matter comes before the Court on the defendants' partial motion to dismiss the indirect purchaser plaintiffs' amended complaint. (Dk. No. 142.) For the reasons stated in the accompanying Opinion, the Court GRANTS IN PART and DENIES IN PART the defendants' partial motion to dismiss. Specifically, the Court DISMISSES the following claims WITH PREJUDICE: (1) the Kansas consumer protection claim; (2) the Utah consumer protection claim; (3) the Virginia consumer protection claim; and (4) the plaintiffs' damages claims outside the applicable statutes of limitations under the laws of Hawaii, Kansas, Maine, New Hampshire, North Dakota, Utah, Virginia, West Virginia, and Wisconsin.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 4 May 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge