# EXHIBIT 9





| JOSEPH SAVERI LAW FIRM | ROBINS KAPLAN LLP | GUSTAFSON GLUEK PLLC |
|---|---|---|
| 601 California Street, Suite 1000 San Francisco, CA 94108 Tel: (415) 500-6800 Fax: (415) 395-9940 | 399 Park Avenue, Suite 3600 New York, NY 10022 Tel: (212) 980-7400 Fax: (212) 980-7499 | 120 South 6th Street Minneapolis, MN 55402 Tel: (612) 333-8844 Fax: (612) 339-6622 |

February 8, 2019

**VIA CERTIFIED MAIL & EMAIL**

Richard Cullen
Nicholas J. Giles
Brian C. Riopelle
Seth A. Schaeffer
**MCGUIREWOODS PLLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
rcullen@mcguirewoods.com
ngiles@mcguirewoods.com
briopelle@mcguirewoods.com
sschaeffer@mcguirewoods.com

Katherine R. Katz
Craig Scott Primis
**KIRKLAND & ELLIS PLLP**
655 15th Street Northwest
Suite 1200
Washington, DC 20005
katherine.katz@kirkland.com
craig.primis@kirkland.com

> **RE:** *In Re: Interior Molded Doors Indirect Purchaser Antitrust Litigation – Demand Letter Pursuant to W. Va. Code §46A-6-106(c)*

Dear Counsel:

As you know, we are Interim Co-Lead Counsel representing classes of indirect purchasers of Interior Molded Doors, including those in West Virginia. Pursuant to the West Virginia Consumer Credit and Protection Act, W. Va. Code § 46A-6-106(c), we make this written demand for relief as outlined in that statute.

Since on or about October 24, 2012, JELD-WEN has engaged in unfair and deceptive acts and practices. JELD-WEN conspired and combined with others to fix, raise, maintain, and stabilize the price of Interior Molded Doors in the United States. JELD-WEN's actions were flagrant and substantially affected West Virginia's trade and commerce.

JELD-WEN's acts and practices are declared unlawful by the Consumer Credit and Protection Act, § 46A-6-104, which declares unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce unlawful. Because of JELD-WEN's unlawful conduct, indirect purchasers of Interior Molded

Page 2
February 8, 2019

Doors in West Virginia have suffered, and continue to suffer, injury. Members of the Classes residing in West Virginia have been injured in their business and property by paying more than the fair market value for Interior Molded Doors, which were purchased primarily for personal, family, or household purposes. These allegations are set out in further detail in the Consolidated Class Action Complaint, *In re: Interior Molded Doors Indirect Purchaser Antitrust Litigation*, No. 3:18-cv-00850-JAG (E.D. Va. Feb. 1, 2019).

     We hereby demand on behalf of our clients and all others similarly situated that you immediately correct and remedy the violations of the West Virginia Consumer Credit and Protection Act by:

- Ceasing Masonite's involvement in a conspiracy to fix, raise, maintain, or stabilize the prices of Interior Molded Doors in the United States, including West Virginia; and
- Compensating purchasers of Interior Molded Doors in an amount to be agreed upon.

     The Consumer Credit and Protection Act gives you the opportunity to make a good faith response to this letter within ten (10) days.  Your failure to do so could subject you to triple damages, attorneys' fees, and costs.

     We may be reached at the contact information written above.  We look forward to hearing from you.

     Sincerely,

| **Robins Kaplan LLP** | **Joseph Saveri Law Firm** | **Gustafson Gluek PLLC** |
|---|---|---|
| /s/ Hollis Salzman | /s/ Steven N. Williams | /s/ Daniel C. Hedlund |
| Hollis Salzman | Steven N. Williams | Daniel C. Hedlund |
| William V. Reiss | Kyla J. Gibboney | Michelle J. Looby |