IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

## ORDER

With respect to the Indirect Purchaser Plaintiffs, JELD-WEN, Inc., and Masonite Corporation, the Court stays the following deadlines and hearings until September 14, 2020:

(1) The deadlines for summary judgment and *Daubert* motions and briefing set forth in the Court's August 5, 2020 Amended Scheduling Order (Dk. No. 238); and

(2) The class certification hearing currently scheduled for September 1, 2020.

The stay applies only to the parties in *In re: Interior Molded Doors Indirect Purchaser Antitrust Litigation*, Lead Civil Action NO. 3:18-cv-00850-JAG.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 1 September 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge