IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

## ORDER

This matter comes before the court on the Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' (collectively, the "plaintiffs") motions for class certification. (Dk. No. 195, Lead Civil Action No. 3:18-cv-00718; Dk. No. 177, Lead Civil Action No. 3:18-cv-00850.) After the plaintiffs filed those motions, the Court received their motions for preliminary settlement approval. (Dk. No. 242, Lead Civil Action No. 3:18-cv-00718; Dk. No. 224, Lead Civil Action No. 18-cv-00850.) The Court thereby DENIES AS MOOT the plaintiffs' motions for class certification.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 September 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge