IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DENIED**
BY: /s/ J.
25 Sept. 2020

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

**DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION,
STAY, AND FOR EXPEDITED CONSIDERATION**

Defendants Masonite Corporation ("Masonite") and JELD-WEN, Inc. ("JELD-WEN"), by their undersigned counsel, respectfully submit this Motion to Stay and for Partial Reconsideration of this Court's September 3, 2020, Order (DPP ECF 241; IPP ECF 223) on Plaintiffs' motions to seal materials supporting their motions for class certification. The background and reasons for Defendants' requested relief are contained in the memorandum of law in support of Defendants' motion, which is being filed contemporaneously herewith. Defendants also respectfully move for expedited consideration of their Motion to Stay and for Partial Reconsideration.

September 24, 2020

Respectfully submitted:

MASONITE CORPORATION

By: */s/ Calvin W. Fowler, Jr.*
Calvin W. Fowler, Jr. (VA Bar No. 27982)
Lynn K. Brugh, IV (VA Bar No. 36778)
Brendan O'Toole (VA Bar No. 71329)
Gregory A. Crapanzano II (VA Bar No. 93044)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6442

1

Facsimile: (804) 420-6507
wfowler@williamsmullen.com
lbrugh@williamsmullen.com
botoole@williamsmullen.com
gcrapanzano@williamsmullen.com

Nathan P. Eimer *Admitted Pro Hac Vice*
Vanessa G. Jacobsen *Admitted Pro Hac Vice*
Benjamin E. Waldin *Admitted Pro Hac Vice*
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel. 312-660-7600
Fax: 312-692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

*Counsel for Defendant Masonite Corporation*

JELD-WEN, INC.

By: */s/ Seth A. Schaeffer*
Richard Cullen (VA Bar No. 16765)
Brian C. Riopelle (VA Bar No. 36454)
Seth A. Schaeffer (VA Bar No. 74509)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
rcullen@mcguirewoods.com
briopelle@mcguirewoods.com
sschaeffer@mcguirewoods.com

Craig S. Primis, P.C. *Admitted Pro Hac Vice*
Katherine R. Katz *Admitted Pro Hac Vice*
Tracie Lynn Bryant *Admitted Pro Hac Vice*
Matthew S. Owen *Admitted Pro Hac Vice*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200

cprimis@kirkland.com
katherine.katz@kirkland.com
tracie.bryant@kirkland.com
matt.owen@kirkland.com

*Counsel for Defendant JELD-WEN, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

By: /s/ *Calvin W. Fowler, Jr.*
Calvin W. Fowler, Jr. (VA Bar No. 27982)
Lynn K. Brugh, IV, VSB No. 36778
Brendan O'Toole, VSB No. 71329
Gregory Crapanzano, VSB No. 93044
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com
botoole@williamsmullen.com
gcrapanzano@williamsmullen.com