**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION** | Lead Civil Action No. 3:18-cv-00718-JAG |
| **IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION** | Lead Civil Action No. 3:18-cv-00850-JAG |

**DEFENDANT MASONITE CORPORATION'S
<u>MOTION FOR TEMPORARY STAY</u>**

Defendant Masonite Corporation ("Masonite") respectfully moves the Court to temporarily stay its September 3, 2020, Order (DPP ECF 241; IPP ECF 223) ("Order") unsealing certain documents until such time as the Fourth Circuit has ruled on Masonite's appeal of (1) the Order and (2) the Order Denying Reconsideration of such Order (DPP ECF 249; IPP ECF 230) ("Reconsideration Order") (together, the "Unsealing Orders"). Further, Masonite moves the Court to stay the deadline to file any Omnibus Motions to Seal materials filed with Defendants' oppositions to Plaintiffs' class certification motions and Plaintiffs' replies thereto. Pursuant to this Court's July 1, 2020, Amended Stipulation and Order Regarding Motions to Seal (DPP ECF 229; IPP ECF 210), any Omnibus Motions to seal those additional materials are due on October 16, 2020. Because the Omnibus Motions will seek to protect from public disclosure information similar to that at issue in the Court's Order, the substance of any Omnibus Motions will be virtually identical to the matters at issue in the appeal. As such, Masonite moves the Court to stay all such deadlines pending appeal of the Unsealing Orders to the Fourth Circuit. In the

1

alternative, Masonite moves the Court to stay the Order at least until the Fourth Circuit rules on Masonite's Application for Emergency Stay.

                MASONITE CORPORATION

By: */s/ Brendan O'Toole*
      Brendan O'Toole
      Virginia State Bar No. 71329
      Counsel for Defendant
      WILLIAMS MULLEN
      200 South 10th Street, Suite 1600
      Richmond, Virginia 23219
      Telephone: (804) 420-6000
      Facsimile: (804) 420-6507
      botoole@williamsmullen.com

      Calvin W. Fowler, Jr. VSB No. 27982
      Lynn K. Brugh, IV, VSB No. 36778
      Gregory Crapanzano, VSB No. 93044
      WILLIAMS MULLEN
      200 South 10th Street, Suite 1600
      Richmond, Virginia 23219
      Telephone: (804) 420-6000
      Facsimile: (804) 420-6507
      wfowler@williamsmullen.com
      lbrugh@williamsmullen.com
      gcrapanzano@williamsmullen.com

      Nathan P. Eimer (*pro hac vice*)
      Vanessa G. Jacobsen (*pro hac vice*)
      Benjamin Waldin (*pro hac vice*)
      EIMER STAHL LLP
      224 S. Michigan Avenue, Suite 1100
      Chicago, IL 60604
      Telephone: (312) 660-7600
      Facsimile: (312) 692-1718
      neimer@eimerstahl.com
      vjacobsen@eimerstahl.com
      bwaldin@eimerstahl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28th, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

                    By:  */s/ Brendan O'Toole*
                          Brendan O'Toole
                          Virginia State Bar No. 71329
                          Counsel for Defendant
                          WILLIAMS MULLEN
                          200 South 10th Street, Suite 1600
                          Richmond, Virginia 23219
                          Telephone: (804) 420-6000
                          Facsimile: (804) 420-6507
                          botoole@williamsmullen.com