**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION** | **Lead Civil Action No. 3:18-cv-00718-JAG** |
| **IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION** | **Lead Civil Action No. 3:18-cv-00850-JAG** |

**ORDER ON TEMPORARY STAY**

Having considered the Defendant Masonite Corporation's Motion for Temporary Stay, for good cause shown, the Court **GRANTS** the motion. The deadline set forth in the September 3, 2020 Unsealing Orders (DPP ECF 241; IPP ECF 223) and the deadlines in the July 1, 2020 Amended Stipulation and Order Regarding Motions to Seal (DPP ECF 229; IPP ECF 210) are **STAYED** pending appeal of the Unsealing Orders.

**IT IS SO ORDERED.**

Date: _____, 2020

_____
HON. JOHN. A. GIBNEY JR.