IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

## **ORDER**

This matter comes before the Court on its September 3, 2020 Order directing the parties to file public copies of the documents in this case. (3:18cv718, ECF No. 241.) Upon due consideration, the Court STAYS that order so that it can reconsider its ruling and consider the motions to reconsider and to intervene.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 2 October 2020
Richmond, VA