IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

## ORDER

This matter comes before the Court on its October 2, 2020 Order and its October 6, 2020 Amended Order. (3:18cv850, ECF Nos. 256, 266; 3:18cv718, ECF Nos. 276, 284.) The Court ORDERS the parties to file briefs addressing whether the Court had jurisdiction to enter those orders, and whether the Court has jurisdiction to reconsider its ruling in the September 3, 2020 Order denying the motion to seal and its ruling in the September 25, 2020 Order denying the motion to reconsider and stay. (3:18cv850, ECF Nos. 223, 230; 3:18cv718, ECF Nos. 241, 249.) *See Under Seal v. Under Seal*, 326 F.3d 479, 481 (11th Cir. 2003) (holding that district court orders to unseal are immediately appealable collateral orders). The briefs shall not exceed fifteen (15) pages. The parties SHALL file the briefs by close of business October 16, 2020.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 7 October 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

/s/
John A. Gibney, Jr.
United States District Judge