**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                    DATE:     10/8/20

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>In Re: Interior Doors Antitrust Litigation | CASE NOs:     3:18cv718 and 3:18cv850<br><br>JUDGE:   Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )   MOTION HEARING ( X )
                                          OTHER:

APPEARANCES:    Parties by (X )/with (   ) counsel   **held via zoom.gov**

Motion Hearing: Motion for Preliminary Approval of Settlement

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (   )     DEFENDANT(S) (   ) Court (   )
OPENING STATEMENTS MADE (   )         OPENING WAIVED (   )
PLAINTIFF(S) ADDUCED EVIDENCE (   )
DEFENDANT(S) ADDUCED EVIDENCE (   )     RESTED (   ) MOTION (   ) _____
EVIDENCE CONCLUDED (   )         ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

The Court preliminarily approves the settlement.   The proposed notice and plan shall be submitted to the Court by October 29.   A Final Fairness hearing has been scheduled as to the direct purchaser plaintiffs (3:18cv718) for March 16, 2021 at 9:00 a.m.

Wyatt Durrette, Jr., Jeffrey Corrigan, Michael Boni, Conrad Shumadine, William Reiss
_____
*Counsel for Plaintiff(s)*

Brendan O'Toole, Nathan Eimer, Brian Riopelle, Craig Primis, James Mutchnik
_____
*Counsel for Defendant(s)*

_____
| SET: | BEGAN: | ENDED: | TIME IN COURT: |
|---|---|---|---|
| 9:00 a.m. | 9:00 am | 9:35 | 35 mins |