IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

## **ORDER**

This matter comes before the Court on (1) Jeld-Wen, Inc.,'s and Masonite Corporation's (collectively, the "defendants") motions to reconsider the Court's September 3, 2020 Order unsealing the "Direct Purchaser Plaintiffs'" ("DPPs") and "Indirect Purchaser Plaintiffs'" ("IPPs")[1] expert reports and related information containing information about the defendants' pricing practices, (ECF No. 247, Lead Civil Action No. 3:18cv718; ECF No. 228, Lead Civil Action No. 3:18cv850); (2) various motions to intervene, (ECF Nos. 255, 264, 279, Lead Civil Action No. 3:18cv718; ECF Nos. 235, 244, 259, Lead Civil Action No. 3:18cv850); and (3) the plaintiffs' motions for preliminary settlement approval, conditional class certification, and approval of proposed notice, (ECF No. 242, Lead Civil Action No., 3:18cv718; ECF Nos. 224, 296, Lead Civil Action No. 3:18cv850).

For the reasons stated in the accompanying Opinion, the Court:

---

[1] The Court refers to the DPPs and IPPs collectively as the plaintiffs.

(1) pursuant to Federal Rule of Civil Procedure 62.1, STATES that it would DENY the defendants' motions asking the Court to reconsider its September 3, 2020 Order unsealing the plaintiffs' expert reports and related information containing information about the defendants' pricing practices;

(2) DEFERS disposition of the various motions to intervene for want of jurisdiction;

(3) DEFERS disposition of the plaintiffs' motions for preliminary settlement approval, conditional class certification, and approval of proposed notice. The Court ORDERS the plaintiffs to resubmit proposed orders that preliminarily approve the settlement, conditionally certifying settlement classes, and approve the proposed notice within fourteen days of this Order. The proposed orders shall provide for notice that makes the expert reports publicly available. The proposed orders shall also contain a schedule that includes the final approval hearing date, settlement objection deadlines, and the briefing schedules for final approval and subsequent motions regarding distribution and use of the settlement funds. The plaintiffs shall submit PDF and Word versions of the proposed orders.

If any party want to withdraw from the settlement, it should notify the Court within fourteen days of this Order.

The Court further ORDERS that, within twenty-one days of this Order, the parties shall file supplemental briefs summarizing how this ruling affects the outstanding motions to seal. The supplemental briefs shall not exceed ten pages.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 December 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge