IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00718-JAG |
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

### ORDER

This matter comes before the Court on a motion to stay filed by non-parties OrePac Building Products, Inc.; Menard, Inc.; Huttig Building Products, Inc.; and BMC Stock Holdings, Inc. (collectively, the "non-parties"). (ECF No. 316, Lead Civil Action No. 3:18cv718; ECF No. 300, Lead Civil Action No. 3:18cv850.) The non-parties have asked the Court to stay its September 3, 2020 Order unsealing certain information to give the Court ample time to consider the non-parties' pending motions.

The Court's Orders staying the September 3 Order remain in effect. The Court DIRECTS the non-parties to file any supplemental briefing on the relief they seek by December 22, 2020, at 5:00 p.m.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 21 December 2020
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge