IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-00850-JAG |

**DEFENDANTS' JOINT RESPONSE TO INDIRECT PURCHASER PLAINTIFFS' NOTICE OF THEIR INTENT TO WITHDRAW FROM SETTLEMENT WITH DEFENDANTS**

On December 23, 2020, Indirect Purchaser Plaintiffs ("IPPs") filed a Notice of IPPs' Intent to Withdraw from Settlement with Defendants ("Withdrawal Notice"; ECF 306), informing the Court that they wish to withdraw from the settlement agreement the parties entered into on September 4, 2020 after lengthy negotiations. Defendants Masonite Corporation and JELD-WEN, Inc. ("Defendants") state that they are not withdrawing from the settlement agreement, which they maintain is fair and reasonable. Per the Court's statement in its December 10, 2020 Opinion, Defendants wish to be heard on IPPs' Withdrawal Notice, and respectfully request the Court to set a date for the hearing. ECF 298 at 14 ("If any of the parties wish to back out of the settlement . . . [t]he Court will . . . hold a hearing on whether to allow the parties to withdraw from the settlement."). Defendants also respectfully request the Court to enter a briefing schedule in advance of such hearing, pursuant to which the IPPs would file a brief supporting their belief that they may withdraw from the settlement and Defendants would file a brief in response.

1

December 23, 2020

Respectfully submitted,

MASONITE CORPORATION

By: <u>  /s/ Lynn K. Brugh, IV       </u>
Calvin W. Fowler, Jr.
Virginia State Bar No. 27982
Counsel for Defendant
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6442
Facsimile: (804) 420-6507
wfowler@williamsmullen.com

Lynn K. Brugh, IV, VSB No. 36778
Brendan O'Toole, VSB No. 71329
Gregory Crapanzano, VSB No. 93044
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com
botoole@williamsmullen.com
gcrapanzano@williamsmullen.com

Nathan P. Eimer (*pro hac vice*)
Vanessa G. Jacobsen (*pro hac vice*)
Benjamin Waldin (*pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

JELD-WEN, INC.

By: /s/ Seth A. Schaeffer

Richard Cullen (VA Bar No. 16765)
Brian C. Riopelle (VA Bar No. 36454)
Seth A. Schaeffer (VA Bar No. 74509)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
rcullen@mcguirewoods.com
briopelle@mcguirewoods.com
sschaeffer@mcguirewoods.com

Craig S. Primis, P.C. (admitted *pro hac vice*)
Katherine R. Katz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
cprimis@kirkland.com
katherine.katz@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

        /s/ Lynn K. Brugh, IV     
Lynn K. Brugh, IV, VSB No. 36778
Brendan O'Toole, VSB No. 71329
Gregory Crapanzano, VSB No. 93044
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
lbrugh@williamsmullen.com
botoole@williamsmullen.com
gcrapanzano@williamsmullen.com