## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION** | **Lead Civil Action No. 3:18-cv-00850-JAG** |

## INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT

Indirect Purchaser Plaintiffs ("IPPs"), on behalf of the Settlement Class (ECF No. 340 at 2), respectfully move the Court to approve the Settlement Agreement (ECF No. 226-1) with Defendants JELD-WEN, Inc. and Masonite Corporation. In support of this motion, Plaintiffs submit a Memorandum of Law In Support of Motion for Final Approval of Settlement, the Declaration of Steven N. Williams in Support of Motion for Final Approval of Settlement and the exhibits thereto, the Declaration of Brandon Schwartz Regarding the Status of Notice And Settlement Administration and the exhibits thereto, the Proposed Order Granting Final Approval of Settlement, and the Proposed Final Judgment Approving Settlement Agreement Between Indirect Purchaser Plaintiffs and Defendants and Entering Dismissal With Prejudice as to Defendants.

Dated: May 3, 2021

Respectfull submitted,

/s/ _____
Conrad M. Shumadine  (VSB #4325)
**WILLCOX & SAVAGE, P.C.**
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Tel: (757) 628-5500
Fax: (757) 628-5566
Email: cshumadine@wilsav.com

*Liaison Counsel for Indirect Purchaser Plaintiffs and the Class*

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dgustafson@gustafsongluek.com
    dhedlund@gustafsongluek.com
    mlooby@gustafsongluek.com
    kdennis@gustafsongluek.com

William V. Reiss
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
Email: WReiss@RobinsKaplan.com

Joseph R. Saveri
Steven N. Williams
Kyle P. Quackenbush
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
    swilliams@saverilawfirm.com
    kquackenbush@saverilawfirm.com

***Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Class***
(admitted *pro hac vice*)

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will automatically e-mail notification of such filing

to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service

by U.S. Mail.

> */s/*_____
> Conrad M. Shumadine  (VSB #4325)
> **WILLCOX & SAVAGE, P.C.**
> 440 Monticello Avenue, Suite 2200
> Norfolk, Virginia 23510
> Tel: (757) 628-5500
> Fax: (757) 628-5566
> Email: cshumadine@wilsav.com
>
> *Liaison Counsel for Indirect Purchaser
> Plaintiffs and the Class*