AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------   DISTRICT OF   ----------------Virginia--------------------
Richmond Division

IN RE:   INTERIOR MOLDED DOORS
INDIRECT PURCHASER ANTITRUST
LITIGATION

**JUDGMENT IN A CIVIL CASE**
Case number: 3:18-CV-00850

[ ] **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs against Defendants in the amount of Nineteen Million Five-Hundred Thousand Dollars ($19,500,00.00) which includes attorneys' fees, costs and service awards.

July 27, 2021
Date

FERNANDO GALINDO
Clerk

(By) T. Johnston, Deputy Clerk