**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| IN RE: INTERIOR MOLDED DOORS ANTITRUST LITIGATION,<br><br>-and-<br><br>IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION | Lead Civil Action No. 3:18-cv-718-JAG<br><br><br>Lead Civil Action No. 3:18-cv-850-JAG |

## NON-PARTY HUTTIG BUILDING PRODUCTS, INC.'S
## CONSENT MOTION TO WITHDRAW ALL PENDING MOTIONS

Non-Party Huttig Building Products, Inc. ("Huttig"), by counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, with the consent of all parties and non-parties, hereby moves to withdraw all of its pending motions **in both** of the above-captioned cases.

Huttig is a non-party movant in Civil Action No. 3:18-cv-718-JAG ("DPP Case") and Civil Action No. 3:18-cv-850-JAG ("IPP Case"). In October 2020, Huttig attempted to intervene in the two cases to protect its confidential information from being unsealed in both class action cases. Huttig filed the following motions in the DPP Case:

- October 1, 2020 Emergency Motion to Intervene, Dkt. No. 255
- October 1, 2020 Emergency Motion to Seal, Dkt. No. 258
- October 23, 2020 Brief in Support of Motion to Seal (Dkt. No. 297), Dkt. No. 308

Huttig has participated in the following joint motions with other similarly-situated non-party movants in the DPP Case:

- December 18, 2020 Motion to Stay, Dkt. No. 316
- January 5, 2021 Motion to Stay, Dkt. No. 337

Huttig has filed the following motions in the IPP Case:

1

- October 1, 2020 Emergency Motion to Intervene, Dkt. No. 235
- October 1, 2020 Emergency Motion to Seal, Dkt. No. 238

Huttig has participated in the following joint motions with other similarly-situated non-party movants in the IPP Case:

- December 18, 2020 Motion to Stay, Dkt. No. 300
- January 5, 2021 Motion to Stay, Dkt. No. 322
- April 5, 2022 Joint Motion to Seal, Dkt. No. 367
- April 5, 2022 Joint Motion for an Order Directing the Parties to Fiel Redacted Version for the Class Certification Materials as Proposed by the Non-Parties, Dkt. No. 370
- April 8, 2022 Sealed Attachment/Exhibit, Dkt. No 375

While Huttig continues to believe that it and the other similarly-situated non-parties have meritorious arguments on their motions, Huttig has decided to withdraw from its participation in both of the two class action cases and resultant Fourth Circuit appeals. <u>Huttig's withdrawal does not affect the other non-parties' pending motions or appeals.</u>  Huttig is filing notices of voluntary dismissals in both Fourth Circuit appeals on this day.

Accordingly, Huttig respectfully requests that the Court order Huttig's withdrawal of all of its pending motions in the DPP Case and IPP Case, and to further order the dismissal of Non-Party/Movant Huttig in the two class action cases without prejudice to the other pending non-parties' motions and appeals.

Dated: September 14, 2022                    Respectfully Submitted,

**HUTTIG BUILDING PRODUCTS, INC.**

*By Counsel*

**VEDDER PRICE, P.C.**

___*Anand Ramana*_____

Anand Ramana (VSB No. 65852)
VEDDER PRICE, P.C.
1401 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com
*Attorney for Non-Party Huttig
Building Products, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2022, I electronically filed this document through this Court's Court Management/Electronic Court Files system, which then automatically and electronically serves it upon the following persons:

> Conrad M. Shumadine
> WILLCOX & SAVAGE, P.C.
> 440 Monticello Avenue, Suite 2200
> Norfolk, Virginia 23510
> Tel: (757) 628-5500
> Fax: (757) 628-5566
> cshumadine@wilsav.com
>
> Daniel E. Gustafson
> Daniel C. Hedlund
> Michelle J. Looby
> Kaitlyn L. Dennis
> GUSTAFSON GLUEK PLLC
> 120 South 6th Street, Suite 2600
> Minneapolis, MN 55402
> Tel: (612) 333-8844
> Fax: (612) 339-6622
> dgustafson@gustafsongluek.com
> dhedlund@gustafsongluek.com
> mlooby@gustafsongluek.com
> kdennis@gustafsongluek.com
>
> Joseph R. Saveri
> Steve Williams
> Kyle P. Quackenbush
> JOSEPH SAVERI LAW FIRM
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> Tel: (415) 500-6800
> Fax: (415) 395-9940
> jsaveri@saverilawfirm.com
> swilliams@saverilawfirm.com
> kquackenush@saverilawfirm.com
>
> Hollis Salzman
> William V. Reiss
> Noelle Feigenbaum
> ROBINS KAPLAN LLP

399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
HSalzman@RobinsKaplan.com
WReiss@RobinsKaplan.com
NFeigenbaum@RobinsKaplan.com

Christine A. Williams, Esq.
Kevin J. Funk, Esq.
DURRETTE, ARKEMA, GERSON & GILL PC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
Tel: (804) 775-6900
Fax: (804) 775-6911
wdurrette@dagglaw.com
cwilliams@dagglaw.com
kfunk@dagglaw.com

Michael J. Boni
Joshua D. Snyder
John E. Sindoni
Robert E. Haimes
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
Fax: (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

Jeffrey J. Corrigan
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN & KODROFF, P.C.
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jcorrigan@srkattorneys.com
jspector@srkattorneys.com
lfisher@srkattorneys.com

Craig S. Primis (*pro hac vice*)
Katherine R. Katz (*pro hac vice*)
Tracie Lynn Bryant (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
craig.primis@kirkland.com
katherine.katz@kirkland.com
tracie.bryant@kirkland.com

Seth A. Schaeffer
Richard Cullen, VSB No. 16765
Brian C. Riopelle, VSB No. 36454
MCGUIREWOODS LLP
Gateway Plaza, 800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
sschaeffer@mcguirewoods.com
rcullen@mcguirewoods.com
briopelle@mcguirewoods.com

Nathan P. Eimer (*pro hac vice*)
Vanessa G. Jacobsen (*pro hac vice*)
Benjamin Waldin (*pro hac vice*)
Alec Solotorovsky (*pro hac vice*)
EIMER STAHL
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com
emackie@eimerstahl.com
asolotorovskv@elmerstahl.com
rjanove@eimerstahl.com

Calvin W. Fowler, Jr.
Lynn K. Brugh, IV
Brendan O'Toole
Gregory Crapanzano
WILLIAMS MULLEN
200 South 10th Street, Suite 1600

Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
wfowler@williamsmullen.com
lbrugh@williamsmullen.com
botoole@williamsmullen.com
gcrapanzano@williamsmullen.com

    *Anand Ramana*
Anand Ramana (VSB No. 65852)
VEDDER PRICE, P.C.
1401 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
E-mail: aramana@vedderprice.com
*Attorney for Non-Party Huttig Building Products, Inc.*