FILED:  September 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1010
(3:18-cv-00850-JAG)

_____

IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST
LITIGATION

_____

SAWBILL COMPANIES, INC.; NIGEL GAY; LARRY DAY FOX; MELANIE
LOPEZ; CHRIS BEST; GEOFFREY HURDLE; ROBYN ADLER; TRINIDAD
CORONA; KENNETH DALLAMORA; MARGARET PREECE; JULIE WHALEN;
CARLISLE CONSTRUCTION COMPANY, LLC; JOHN VAN HORN; JUAN THE
BUILDER, INC.; EVENTHOST, INC., d/b/a National Builders; MARTY FAHNCKE;
HELLER GENERAL CONTRACTING; RICHARD RANALLI; ARTEVA
CONSTRUCTION, LLC; BRENDA MASSEY; ALLISON DELLATORE; ORANGE
CONSTRUCTION SOLUTIONS, INC.; PATRICIA OLSON; MOUNTAIN TOP
CUSTOMS, LLC, d/b/a Mountain Top Custom Construction; RONALD KADE ASAY;
COLLIN SALAZAR REAL ESTATE, LLC; CARYN YOST; ALBERT MAGNONE
CONTRACTING & REMODELING; AKER CUSTOM CARPENTRY, LLC; CRAIG
WEITZ

       Plaintiffs - Appellees

 and

GARY BENDICKSON; WALLY BLOSS; ANDREW KNIGHT; BENJAMIN
PRUSKY; ELLIOTT MASSEY; GREGORY ALLEN REITMEYER; THOMAS J.
RILEY; JANE E. SWIM; TWIN CITY DEVELOPMENT, LLC; JUSTIN
VERSCHOORE

       Plaintiffs

v.

HUTTIG BUILDING PRODUCTS, INC.

      Appellant

and

JELD-WEN, INC.; MASONITE CORPORATION

      Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk